Sue Shapiro, Formerly Known as Sue Podell, Plaintiff, Appellant, v. Ruth Goldstein, J. Lester Shapiro, Rose Dwork and Lillian Wiener, Defendants, Appellants, and Others, Defendants, and Thomas J. Smith, Receiver, etc., and Grace & Grace, Attorneys for Receiver, Respondents.— Appeal from order settling accounts of a receiver and, among other things, fixing the fee of the attorneys for the receiver. Order modified by reducing the allowance to the attorneys for the receiver from $600 to $400, and, as so modified, the order, in so far as appealed from, is affirmed, without costs. In our opinion $400 is ample compensation for the services necessarily rendered by the attorneys. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

Standard Improvement Corporation of Westchester County, Respondent, v. Village of Ardsley, Appellant.— Action by plaintiff, a contractor, for damages for breach by the defendant municipality of a sewer construction contract, (1) by reason of delay of the municipality in procuring necessary rights of way and, therefore, in furnishing a clear site for the construction work; (2) by reason of the municipality's making changes in the line of the sewer and major alterations in the plan and scope of the work; and (3) by reason of the municipality's failure and refusal to allow, in the final estimate, and to pay for, certain items of work actually performed and materials actually furnished by plaintiff in the construction of the sewer system. After a trial of the issues before an official referee, with the same force and effect as if before the court without a jury at Trial Term, a decision was filed, in favor of plaintiff, against the defendant, for the amount of damages awarded by said referee, upon each of the three alleged causes of action. Thereon judgment was duly entered. From that judgment defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.